UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLO[...]
FEB 26 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

Mr. Jeffery L. Sanders

Plaintiff,

COMPLAINT Case No. 3:24-cv-240

vs.

UNiON CouNtY Jail
3344 presson Rd
Monroe, N.C. 28112
Insurance Company

Defendant(s).

## A. JURISDICTION

Jurisdiction is proper in this court according to:

__✓__ 42 U.S.C. §1983

_____ 42 U.S.C. §1985

_____ Other (Please specify) _____

## B. PARTIES

1. Name of Plaintiff: Mr. Jeffery L. Sanders
   Address: County of Union Detention Center
   3344 presson Rd
   Monroe, N.C. 28112

2. Name of Defendant: Nurse Mrs. Diane and all
   Address: Union County Jail Staff
   3344 Presson Rd.
   Monroe, N.C. 28112

   Is employed as __Nursing Staff__ at __Union County Jail__
                   (Position/Title)              (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO ___, if "YES" briefly explain: The UNION County Jail medical staff were Negligent and Deliberate indifferent to my medical Need's I sufferd pain and Neglect causing Damages

3. Name of Defendant: Head Nurse Diane, and all
   Address: UNION County Jail
   3344 Presson road
   monroe NC 28112

   Is employed as Head Nurse (Position/Title) at UNION county Jail (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO ___, if "YES" briefly explain: she was Employed as medical Jail staff. she fail to act and Treat my iNJuries IN a Timely fashion to prevent perminant Damage

4. Name of Defendant: Head Nurse Diane, and all
   Address: County of union
   3344 Presson Rd
   Monroe, N.C. 28112

   Is employed as Head Nurse (Position/Title) at Union County Detention Center (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO ___, if "YES" briefly explain: officer. Cain was the reporting officer He did a INCident report back in 2023

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

I seek money, monetary Damages for my INJuries that cause pain and suffering in the amount of 500,000 $ Jail medical staff are liable for Damage- through Neglect and Negligent. They were Deliberate indifferent to all my medical Needs concerning my knee treatment. Attached Report

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?     YES _____     NO __✓__

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____


2. Name of court and case or docket number:

_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

_____

4. Issued raised:

_____

_____

_____

5. When did you file the lawsuit?_____
   Date: Month/Year

6. When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?  YES _____     NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: The Seventh Amendment
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   I suffered pain and neglect through Deliberate indifferences concerning unproper medical treatment

b. (1) Count 2: Gross Negligents
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   I was Denied medical treatment staff provided a unsafe living inviroment failure to shield and protect

## E. INJURY

How have you been injured by the actions of the defendant(s)?

I was in a unproper cell with water on the floor I was on crutches I slip and fail causing perminant Damage to my knee I was Denied medical treatment by the Nursing staff water ran in my cell jail staff are liable by neglect and causing a unsafe living housing inviroment while in their legal custody Head Nurse Mrs Diane is responsible for putting me in that wheel chair cell and Nurse Diane new there were water in that cell but fail to act to insure safety she's liable for her Nursing staff actions who were Deliberate indifferent to all my medical needs while Housed in Union co. Jail staff acted under the color of law

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

Monetary and Punitive Damages
I seek retribution money in the amount
of 500,000 for Damages Both
Mental and Physical Through
Neglect and Gross Negligence
and Deliberate indifferent medical
Treatment causing perminant injury

JURY TRIAL REQUESTED    YES ✓   NO ___

Signed at UNION CO. Jail on Feb. 21, 2024.
(Location) (Date)

_____
Signature

Address: UNION COUNTY Jail
3344 Presson road
monroe NC 28112

Phone:
E-Mail:

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

_____

_____

_____

_____

_____

This the 19 day of February, 20 24.

_____
Signature

Jeffery Sanders
(Print Name)